# U.S. DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| DENNIS GILL on Behalf of Himself and All Others Similarly Situated, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MIRACLE WORKS, LTD. and )<br>BRANDON CLEAVES, )<br>)<br>Defendants. ) | Cause No. 1:18-cv-00415-JRS-TAB |

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff, Dennis Gill, and Defendants Miracle Works, LTD. and Brandon Cleaves, by their respective counsel, filed their Joint Stipulation of Dismissal. And the Court, having examined the Joint Stipulation of Dismissal executed by Plaintiff and Defendants, by their respective counsel, finds that it should be APPROVED.

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** by the Court that all claims and demands for compensation, including attorney fees, asserted by Dennis Gill in the above cause of action against Miracle Works, LTD. and Brandon Cleaves, by counsel, are dismissed with prejudice. Costs paid.

Date: 1/4/2019

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

As per L.R. 5.5(d):

➢ Service will be made electronically on all ECF-registered counsel of record via email generated by the court's ECF system.